### SILVERSTEIN v. EMBLEM REALTY CO.

(Supreme Court, Appellate Term.   April 8, 1911.)

CORPORATIONS (§ 507*)—ACTIONS—SERVICE OF PROCESS.
Where the summons in an action against a corporation was served on one who had been, but who was not at the time of service, an officer of the corporation, and the officers of the corporation at the time were not served, the corporation was not sufficiently served.

[Ed. Note.—For other cases, see Corporations, Cent. Dig. §§ 1971–2000; Dec. Dig. § 507.*]

Appeal from Municipal Court, Borough of Manhattan, Second District.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Action by Abraham Silverstein against the Emblem Realty Company. From a judgment for plaintiff, taken upon an inquest, defendant appeals. Reversed and dismissed.

Argued before SEABURY, LEHMAN, and BIJUR, JJ.

Isaac Cohen, for appellant.
Charles S. Rosenthal, for respondent.

BIJUR, J. This appeal is taken under section 311 of the Municipal Court act on affidavits, and the sole question presented is whether, or not the defendant was served with a summons in the action.

It appears to be undisputed that the person served, while at one time an officer of the defendant corporation, was not such at the time of service, and that the only two officers of the corporation at that time were not served.

The judgment must therefore be reversed, and the complaint dismissed, with costs to appellant. All concur.